# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| TIMOTHY CROSBY, | ) | |
| | ) | |
| Plaintiff, | ) | 5:17-cv-00445-TES |
| | ) | |
| v. | ) | |
| | ) | |
| BROCK & SCOTT, PLLC, | ) | |
| | ) | |
| Defendants. | ) | |

## Consent Motion to Extend Discovery

Plaintiff and Defendant, through counsel of record, request this Court to amend the 26(f)scheduling order and extend the time for the parties to conduct discovery and extend all other deadlines occurring after the expiration of the original discovery period. The Plaintiff and Defendant shows as follows:

1. Discovery is set to expire on December 2, 2018. ECF Doc. No. 18.

2. Plaintiff and Defendant and their respective counsel have been diligent in exchanging and conducting discovery.

3. There is presently pending a Motion for a Protective Order and, pursuant to agreement of counsel and at the direction of this Court, Plaintiff anticipates needing to reconvene the 30(b)(6) deposition of the Defendant once this Court rules on said motion.

4. Despite the efforts of counsel for both parties, several scheduling issues arose regarding a potential deposition of the alleged creditor.

5. The parties believe an extension of the discovery period through and until March 2, 2018, would allow the parties to complete discovery.

Submitted November 30, 2018.

**DANIELS LAW LLC**

/s/Ronald Edward Daniels
RONALD EDWARD DANIELS
Georgia Bar No.: 540854
Counsel for Plaintiff

P.O. BOX 4939
Eastman, GA 31023
478.227.7331 (t)
478.352.0173 (f)
ron@dlawllc.com
rondanielslaw.com

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

**BROCK & SCOTT, PLLC**

/s/ Kyle S. Kotake
KYLE S. KOTAKE
Georgia Bar No. 428697

4360 Chamblee Dunwoody Rd., Ste. 310
Atlanta, GA 30341
(404) 789-2661 Ext. 2306
(404) 294-0919 (facsimile)
kyle.kotake@brockandscott.com

## Certificate of Service

I hereby certify that this day, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail, first-class, postage pre-paid. Parties may access this filing through the Court's electronic filing system.

Submitted November 30, 2018.

/s/ Clifford Carlson
Clifford Carlson
Georgia Bar No. 227503

Cliff Carlson Law, P.C.
1114-C1 Highway 96 #347
Kathleen, Georgia 31047
Tel. 478-254-1018
cc@cliffcarlsonlaw.com

Page 3 of 3
2032-0015